# United States District Court
## Western District of North Carolina
### Asheville Division

|  |  |  |
|---|---|---|
| CHERIE G. HODGE, | ) | JUDGMENT IN CASE |
|  | ) |  |
| Plaintiff, | ) | 1:18-cv-00248-FDW |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| NANCY A. BERRYHILL, | ) |  |
| Acting Commissioner of Social Security, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 23, 2019 Order.

April 23, 2019

Frank G. Johns, Clerk
United States District Court